HOWARD G. BISHOP, Appellant, Impleaded with Another, v. WILLIS P. THOMAS et al., Defendants, BESSIE B. AKIN et al., Appellants, and NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

(Argued February 28, 1933; decided July 11, 1933.)

*Joseph B. Thompson* for appellants.

*Harold Swain, Crosby J. Beakes, Frederick L. Wheeler, Arthur H. Indell* and *Jacob Aronson* for the New York Central Railroad Company, respondent.

*Milton C. Palmer* for Washburne and Todd Company, respondent.

*Charles Adkins Baker* for Bay State Shoe and Leather Company, respondent.

*John J. Bennett, Jr.,* Attorney-General (*Hugh Reilly* and *Arthur J. Stern* of counsel), for the People of the State of New York, respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.